UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Eugene Scalia | ) | |
| Secretary of Labor, | ) | |
| United States Department of Labor | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  120-cv-11944-RGS |
| | ) | |
| | ) | |
| JKA Construction Inc., | ) | |
| Mendes Candido Farmers Corporation | ) | |
| (Terminated 04/13/2021) | ) | |
| Luiz Mauro Vilela Jr. | ) | |
| Defendants | ) | |
| | ) | |

## **NOTICE OF APPEAL**

The Defendant JKA Construction, Inc ("JKA") hereby gives notice of appeal from the following:

Docket no.44 Entry of default Judgment against JKA in June 29, 2021

Docket no. 47 Denial of the motion to vacate and default entered July 7, 2021

Dated: July 20, 2021                                   Attorney for Defendant,

                                                                              //s//
                                                                    Roger S. Davis
                                                                    DAVIS & RUBIN

DAVIS & RUBIN
21 McGrath Highway, No. 505
Quincy, MA  02169-5351
(617) 471-4300
Tax Court Bar No. DR0116

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2021 a copy of the foregoing Defendant's Notice of Appeal was served via pre-paid postal mail on Wilkinson, Emily Esquire, Attorney, for the Plaintiff at her address at Department of Labor JFK Building, 25 New Sudbury Street, and Room 375 Boston, MA 02203.

Dated: July 20, 2021                              Attorney for Defendant,

                                                  _____//s//_____
                                                  Roger S. Davis
                                                  DAVIS & RUBIN
                                                  21 McGrath Highway, No. 505
                                                  Quincy, MA  02169-5351
                                                  (617) 471-4300
                                                  Tax Court Bar No. DR0116