# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Scalia v. JKA Construction, Inc. et al

District Court Number: 20cv11944-RGS

Fee:   Paid?   Yes ____   No _X_   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending   Yes ____ No _X_         Sealed documents   Yes ____ No _X_
If yes, document # _____           If yes, document # _____

*Ex parte* documents   Yes ____ No _X_    Transcripts        Yes ____ No _X_
If yes, document # _____           If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#44 Default Judgment, #47 Electronic Order

Other information:

    I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#44, #47, and #48

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _48_ filed on _July 20, 2021_.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on _July 21, 2021_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**